# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**KAREN F. EDWARDS**                                                                                 **PLAINTIFF**

**VS.**                                                   **CIVIL ACTION NO. 3:06CV116LS**

**PINNACLE REALTY MANAGEMENT**
**CORPORATION; AMERICAN MANAGEMENT**
**SERVICES, LLC and GRAOCH ASSOCIATES**
**#57 LIMITED PARTNERSHIP**                                     **DEFENDANTS**

## ORDER

This matter came before the court on the Plaintiff's Motion to Compel, which is the third such Motion filed by the Plaintiff, all of which have been deficient in failing to include a *properly executed* Certificate of Good Faith, signed by *both* sides, or the required Affidavit of counsel. Here, the Certificate was attached, but it was only signed by counsel for the Plaintiff. However, because this omission was not noted until the time period for a response had passed, and because the Defendants have failed to respond to the Motion, it will be granted. It appears that the parties have since resolved their dispute as to the date on which the Plaintiff may conduct her 30(b)(6) deposition of the Defendants. Therefore, the request for attorneys' fees will be denied.

The Plaintiff has recently filed a Motion for Enlargement of Time, by which she seeks a thirty-day extension of all deadlines. A review of the Motion indicates that the only deadline that is imminent is her deadline for designating experts. That deadline will be extended for thirty days, as will the deadline for the Defendants to designate experts. The discovery period in this matter does not end until January 8, 2007, and the court is of the opinion that the Plaintiff has not shown good cause to extend that deadline at this time. Therefore, the Motion will be granted, but only to the extent that the expert designation deadlines will be extended.

IT IS, THEREFORE, ORDERED that the Plaintiff's Motion to Compel is hereby **granted**, except for her request for attorneys' fees and costs, which is hereby **denied**.

IT IS FURTHER ORDERED that the Plaintiff's Motion for Enlargement of Time is hereby **granted** in part and **denied** in part, and the Case Management Plan Order previously entered in this matter is hereby amended, as follows:

1. The deadline for the Plaintiff to designate experts is extended to 11/8/06.

2. The deadline for the Defendants to designate experts is extended to 12/8/06.

IT IS SO ORDERED, this the 6th day of October, 2006.

                                          S/James C. Sumner
                                 UNITED STATES MAGISTRATE JUDGE